## United States District Court — Violation Notice

**MY-10**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3106282 | L. SHAW | S5752 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/05/2013 6:57 PM | 21-801.1 |

**Place of Offense:** West Perimeter adj to Bldg 1050 on Joint Base Andrews

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Exceed Max Speed 26 MPH in 15 MPH Zone

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| MAGEE | DOUGLAS | M |

| Tag No. | State | Year | Make/Model | PASS # | Color |
|---|---|---|---|---|---|
| 5485 TK | MA | 13 | Ford/Focus | | Gray |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 90 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 115.00 Total Collateral Due

YOUR COURT DATE

X Defendant Signature: *Douglas M. Magee*

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 5, 20 13 while exercising my duties as a law enforcement officer in the Joint Base Andrews District of Prince George County while conducting Lidar training with Lidar LR100355 with SSgt Thomas who is Lidar certified I noticed a gray in color Ford Focus heading Northbound toward Lutman Dr. I clocked the vehicle going 26 MPH in a 15 MPH zone. SSgt Thomas verified my readings and witness the violation.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/05/2013  Officer's Signature: *L. Shaw*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident